**Tommy Lee WALDRIP,**
**Plaintiff–Appellant,**

v.

**COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS, Warden, Georgia Diagnostic and Classification Prison, Other Unknown Employees and Agents, Georgia Department of Corrections, Defendants–Appellees.**

No. 14–13020.

United States Court of Appeals,
Eleventh Circuit.

July 11, 2014.

Jeffrey Lyn Ertel, Nicole Kaplan, Gerald Wesley King, Jr., Federal Defender Program, Inc., Atlanta, GA, for Plaintiff–Appellant.

Beth Attaway Burton, Sabrina Graham, Dana Elizabeth Weinberger, Georgia Department of Law, Atlanta, GA, for Defendants–Appellees.

Before HULL, WILSON and PRYOR, Circuit Judges.

---

WILSON, Circuit Judge:

Petitioner Tommy Lee Waldrip appeals the district court's order granting Defendants' Motion to Dismiss his 42 U.S.C. § 1983 action and Motion for Temporary Restraining Order and Stay of Execution. On July 9, 2014, the Georgia State Board of Pardons and Paroles commuted Waldrip's sentence to life without parole. Accordingly, Waldrip's appeal is moot and is hereby **DISMISSED.**